UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00046-GMN-PAL |
| Plaintiff, | ORDER |
| v. | (Subst Atty – Dkt. #274) |
| DAVID H. BUNDY | |
| Defendant. | |

This matter is before the court on the Substitution of Attorneys (Dkt. #274) filed April 19, 2016.  Cal J. Potter, III seeks leave to be substituted in the place and stead of Benjamin C. Durham for Defendant David H. Bundy.  LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that The Substitution of Attorney (Dkt. #274) is **APPROVED**.

DATED this 20th day of April, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1