# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

DAVE H. BUNDY, erroneously referred to as DAVID H. BUNDY,

    Defendant.

2:16-cr-00046-GMN-PAL

**ORDER**

    Before the court is Defendant David H. Bundy's Motion to Reopen Detention Hearing (#297).

    IT IS HEREBY ORDERED that a hearing on Defendant David H. Bundy's Motion to Reopen Detention Hearing (#297) is scheduled for 2:00 p.m., May 16, 2016, in courtroom 3D. Any opposition must be filed on or before May 2, 2016. Any reply in support of the motion to reopen detention hearing must be filed on or before May 9, 2016.

    DATED this 22nd day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE